IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                Case No.   3:07cr183(2)

REGINALD LANGFORD,             JUDGE WALTER H. RICE

        Defendant.

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH PERIOD OF SUPERVISED RELEASE TO FOLLOW, WITH CREDIT, UPON CERTAIN CONDITIONS; NEITHER COUNSEL FOR THE GOVERNMENT NOR FOR THE DEFENDANT HAD ANY PROCEDURAL OR SUBSTANTIVE OBJECTIONS TO THIS COURT'S DISPOSITION; RIGHT OF APPEAL ORALLY EXPLAINED AND DEFENDANT INDICATED AN UNDERSTANDING OF SAME; TERMINATION ENTRY

---

      On February 24, 2021, the Defendant, having previously been found in violation of his Supervised Release, a status that began on December 6, 2017, appeared by videoconference for final disposition.

      After agreeing to participate by videoconference, and for the reasons stated, on the record, during said conference on the aforesaid February 24, 2021, this Court revoked the Defendant's Supervised Release and remanded the Defendant to the custody of the Attorney General, the Bureau of Prisons, for a period of twelve months, with credit for any and all allowable presentence jail time. The term of incarceration is to be followed by a five-year period of Supervised Release, less the twelve months imposed on revocation. The following are the

conditions of the re-imposed period of Supervised Release:

    1.    Defendant is to receive a mental health assessment and treatment with specific focus on anger management. The Court requests quarterly updates on his mental health treatment from the Defendant's Probation Officer;

    2.    Defendant is to seek and maintain employment; and

    3.    Defendant is to discharge all presently undischarged conditions of Supervised Release which were originally imposed.

Defendant is ordered to self-report to the United States Marshals Office no later than twelve o'clock noon on Thursday, March 4, 2021.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's sentence.

The Court recommends the following to the Bureau of Prisons:

    1.    Defendant is to be given credit for all allowable pre-sentence jail time credit.

    2.    The Court recommends that Defendant be incarcerated in a facility as close to his home in the Dayton, Ohio area as is possible, consistent with his security status.

    3.    The Court recommends that the Defendant receive programming in either cognitive behavioral therapy or moral reconation therapy or critical thinking skills or thinking for a change.

    4.    The Court recommends that the Defendant receive any available job training.

    5.    Defendant is to receive a mental health assessment and counseling with particular emphasis on anger issues and anger management.

Following the above, the Defendant's right of appeal was explained to him and he orally indicated an understanding of same.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 3, 2021

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Cameron Williams, US Probation Officer
US Marshals